# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Haim Habib,<br><br>　　　　Plaintiff-Appellant,<br><br>　　　　vs.<br><br>William C. Bischoff, et al.,<br><br>　　　　Defendants-Appellees. | Case No. 1:99-cv-00095<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the United States Court of Appeals Judgment filed May 2, 2006, on the dates indicated below:

| Office of the Attorney General | William C. Bischoff | Superior Court of Guam |
|---|---|---|
| May 3, 2006 | May 3, 2006 | May 3, 2006 |

The following individual was served by first class mail on May 4 2006:

    Haim Habib
    c/o Department of Corrections
    P.O. Box 3236, Hagatna, Guam 96932

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

United States Court of Appeals Judgment filed May 2, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 5, 2006　　　　　　　　　　　　　　　　/s/ Virginia T. Kilgore
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk